# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JESSE NORMAN WHITE BULL,**<br><br>**Defendant.** | **1:24-CR-10036-CBK**<br><br><br>**REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS** |

The Court held a hearing on Jesse White Bull's motion to suppress[1] on June 17, 2025. Four working days later, the Court announced its recommendation that his motion be denied.[2] This report memorializes that recommendation as stated in the Court's bench decision.[3]

### NOTICE

The parties consented to a seven-calendar day objection period[4] (agreeing to cut the prescribed two-week time[5]) to keep the upcoming trial on track. They thus have seven days after service of this report and recommendation to object to the same. Unless an

---

[1] Docket No. 36.
[2] Docket No. 60.
[3] Docket No. 62.
[4] Docket No. 56.
[5] *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

extension of time for cause is later obtained,[6] failure to file timely objections will result in the waiver of the right to appeal questions of fact.[7] Objections must "identify[] those issues on which further review is desired."[8]

DATED this 23rd day of June, 2025.

BY THE COURT:

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

---

[6] *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Nash v. Black*, 781 F.2d 665, 667 & n.3 (8th Cir. 1986) (*citing Thomas v. Arn*, 474 U.S. 140, 155 (1985)).
[7] *See Thompson*, 897 F.2d at 357; *Nash*, 781 F.2d at 667.
[8] *Arn*, 474 U.S. at 155.